No. 76–14. CITY OF CHICAGO ET AL. v. SHAKMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–20. WARNER ET AL. v. BOARD OF TRUSTEES OF POLICE PENSION FUND OF NEW ORLEANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–26. BURNETTE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 76–36. YAMAHA INTERNATIONAL CORP. v. WHITEIS, DBA MOTOR SPORTS OF TULSA. C. A. 10th Cir. Certiorari denied.

No. 76–40. BITUMINOUS COAL OPERATORS' ASSN., INC., ET AL. v. KLEPPE, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–41. BUCHMAN ET AL. v. AMERICAN FOAM RUBBER CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–42. CASSESSO ET AL. v. MEACHUM, WARDEN, ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–45. MONEY v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 76–48. SANKO STEAMSHIP CO., LTD. v. NEWFOUNDLAND REFINING CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–49. LISCHKO v. GALLI, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 76–50. CINCINNATI GAS & ELECTRIC CO. v. ABEL, DBA NEW RICHMOND BOATING CENTER. C. A. 6th Cir. Certiorari denied.